UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00047

———

**Christopher Brett Jackson et al.,**
*Plaintiffs,*

v.

**Henderson Independent School District,**
*Defendant.*

———

# ORDER

Plaintiffs, proceeding pro se and in forma pauperis, filed this action alleging employment discrimination and retaliation. Doc. 1. Defendant moved to dismiss plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). Doc. 17. The case was referred to a magistrate judge, who issued a report recommending that the court grant defendant's motion and dismiss plaintiff's complaint with prejudice for failure to state a claim. Doc. 19 at 5. Copies of the report were sent by certified mail to plaintiffs but were returned as undeliverable. Docs. 20, 21. Plaintiffs did not object to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendant's motion to dismiss is granted. This case is dismissed with prejudice for failure to state a claim. Any pending motions are denied as moot.

*So ordered by the court on April 9, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -